# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES JUDSON HOLBROOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:16-cv-01217-TWP-DKL |
| | ) |
| TIMOTHY POLS Officer, | ) |
| WYOMING POLICE DEPARTMENT, | ) |
| WYOMING, MICHIGAN City Of, | ) |
| | ) |
| Defendants. | ) |

**Order Transferring Action to Southern Division of the Western District of Michigan**

Plaintiff Charles Judson Holbrook is incarcerated at the Chippewa Correctional Facility in Kincheloe, Michigan. He brings this civil rights action against a Wyoming, Michigan police officer, the Wyoming Police Department, and the City of Wyoming. Wyoming, Michigan is located in Kent County, Michigan.

When jurisdiction is not founded solely on diversity, venue is proper only in the district in which (1) any defendant resides, if all of the defendants are residents of the State in which the district is located, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b).

Another statute, 28 U.S.C. § 1404, provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought …."

Kent County lies in the Southern Division of the Western District of Michigan. 28 U.S.C. § 102(b)(1). The acts the plaintiff alleges in support of his claims took place in that District and the defendants reside in that District. There is no basis on which this case can or should proceed in this Court.

The plaintiff has not paid the filing fee nor has he sought leave to proceed *in forma pauperis.* Based on the foregoing, the above action is now **TRANSFERRED** to the United States District Court for the Southern Division of the Western District of Michigan at Grand Rapids, Michigan.

Date: 5/18/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CHARLES JUDSON HOLBROOK
767925
CHIPPEWA CORRECTIONAL FACILITY
Inmate Mail/Parcels
4269 W. M-80
Kincheloe, MI 49784

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**